NUMBER 13-03-148-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
__________________________________________________________________

IN THE MATTER OF THE MARRIAGE OF GIANCARLO MARTINEZ 
AND CYNTHIA JEAN MARTINEZ
__________________________________________________________________

On appeal from the County Court at Law
of Kleberg County, Texas.
__________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, GIANCARLO MARTINEZ, perfected an appeal from a judgment
entered by the County Court at Law of Kleberg County, Texas, in cause number 01-398-C. No clerk’s record has been filed due to appellant’s failure to pay or make
arrangements to pay the clerk’s fee for preparing the clerk’s record. 
         If the trial court clerk fails to file the clerk’s record because the appellant failed
to pay or make arrangements to pay the clerk’s fee for preparing the clerk’s record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant
was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).
         On February 23, 2004, notice was given to all parties that this appeal was
subject to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellant was given ten days
to explain why the cause should not be dismissed. To date, no response has been
received from appellant. 
         The Court, having examined and fully considered the documents on file,
appellant’s failure to pay or make arrangements to pay the clerk’s fee for preparing the
clerk’s record, this Court’s notice, and appellant’s failure to respond, is of the opinion
that the appeal should be dismissed for want of prosecution. The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.
                                                                                 PER CURIAM

Opinion delivered and filed
this the 25th day of March, 2004.